1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7   PROGRESSIVE CASUALTY INSURANCE                )
    COMPANY,                                       )        Case No. 2:12-cv-00665-KJD-PAL
8                                                  )
                                                   )        **ORDER**
9                               Plaintiff,         )
                                                   )
10  vs.                                            )
                                                   )
11  FEDERAL DEPOSIT INSURANCE                      )
    CORPORATION, et al.,                           )
12                                                 )
                                                   )
13                              Defendants.        )
    _____ )
14

15          Before the court is the parties' Stipulated Confidentiality Agreement and Protective Order (Dkt.

16  #76) which the court approved to facilitate discovery in this case.  This order reminds counsel that there

17  is a presumption of public access to judicial files and records.  A party seeking to file a confidential

18  document under seal must file a motion to seal and must comply with the Ninth Circuit's directives in

19  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

20          With a few exceptions not applicable here, the Clerk of the Court no longer maintains paper

21  records.  Special Order 109 requires the Clerk of the Court to maintain the official files for all cases

22  filed on or after November 7, 2005, in electronic form.  The electronic record constitutes the official

23  record of the court.  Attorneys must file documents under seal using the court's electronic filing

24  procedures.  *See* LR 10-5(b).  That rule provides:

25                  Unless otherwise permitted by statute, rule or prior Court order, papers filed
                    with the Court under seal shall be accompanied by a motion for leave to file
26                  those documents under seal, and shall be filed in accordance with the Court's
                    electronic filing procedures.  If papers are filed under seal pursuant to prior
27                  Court order, the papers shall bear the following notation on the first page,
                    directly under the case number: "FILED UNDER SEAL PURSUANT TO
28                  COURT ORDER DATED _____."  All papers filed under seal will

1
2

remain sealed until such time as the Court may deny the motion to seal or enter an order to unseal them, or the documents are unsealed pursuant to Local Rule.

3  *Id.* Documents filed under seal are not accessible to the public.

4      The court has approved the parties' blanket protective order to facilitate their discovery

5  exchanges.  However, the parties have not shown, and court has not found, that any specific documents

6  are secret or confidential.  The parties have not provided specific facts supported by affidavits or

7  concrete examples to establish that a protective order is required to protect any specific trade secret or

8  other confidential information pursuant to Rule 26(c) or that disclosure would cause an identifiable and

9  significant harm.  The Ninth Circuit has held that there is a presumption of public access to judicial

10  files and records and that parties seeking to maintain the confidentiality of documents attached to non-

11  dispositive motions must show good cause exists to overcome the presumption of public access.  *See*

12  *Kamakana,* 447 F.3d at 1179.  Parties seeking to maintain the secrecy of documents attached to

13  dispositive motions must show compelling reasons sufficient to overcome the presumption of public

14  access.  *Id.* at 1180.

15      **IT IS ORDERED** that the parties shall comply with the requirements of LR 10-5(b), and the

16  Ninth Circuit's decision in *Kamakana,* 447 F.3d 1172 (9th Cir. 2006), with respect to any documents

17  filed under seal.

18      Dated this 27th day of November, 2012.

19
20
21  PEGGY A. LEEN
    UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28