# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>                    Defendants. | Case No. 2:12-cv-00665-KJD-PAL<br><br>**ORDER**<br><br>(Stip Ext Time - Dkt. #103) |

Before the court is the parties' Joint Stipulation and Order to Extend Time for Discovery and Related Deadlines (Third Request) (Dkt. #103). Within the stipulation, the parties request an additional eight-month extension of the discovery plan and scheduling order deadlines. The court recently and entered an Order (Dkt. #112) resolving Plaintiff's motion for protective order and FDIC-R's motion to compel after months of meet-and-confer sessions did not reach resolution. These discovery disputes have been a significant impediment to moving forward with discovery, and have also impeded progress in review and production of ESI discovery.

The complaint in this case was filed April 20, 2012, and the parties have requested and received two prior extensions of the discovery plan and scheduling order deadlines, and more than twice the amount of time deemed presumptively reasonable by the Local Rules of Practice to complete discovery. The court will grant the parties a five-month extension of time in which to complete discovery, rather than the eight-month extension requested. However, the parties are advised that the court is unlikely to grant any further extensions.

Accordingly,

/ / /

**IT IS ORDERED** that:

1. The parties' Joint Stipulation and Order to Extend Time for Discovery and Related Deadlines (Dkt. #103) is **DENIED**.

2. The following discovery plan and scheduling order dates shall apply:
   a. Third interim status report: **January 3, 2014.**
   b. Last date to complete discovery: **March 3, 2014.**
   c. Last date to file dispositive motions: **April 2, 104.**
   d. Last date to file joint pretrial order: **May 2, 2014.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., February 10, 2014,** and shall fully comply with the requirements of LR 26-4.

4. No further extensions will be allowed absent compelling circumstances and a strong showing that discovery could not be completed within the extended time allowed despite the exercise of due diligence.

Dated this 4th day of November, 2013.

_____
Peggy A. Leen
United States Magistrate Judge