Brian E. Holthus, Esq.
Nevada Bar No. 2720
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone:     (702) 699-7500
Facsimile:      (702) 699-7555
Email:            beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:     (202) 778-4060
Facsimile:      (202) 778-4099
Email:            lloss@ljwllp.com
                      mdendinger@ljwllp.com

Attorneys for Progressive Casualty
Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK; COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>Defendants. | Case No. 2: 12-cv-00665-KJD-PAL |

**PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM CONCERNING DOCUMENTS FILED UNDER SEAL**

Now comes Plaintiff Progressive Casualty Insurance Company ("Progressive"), by and through its undersigned counsel, and respectfully requests that the Court grant

1

Progressive an extension of time until Thursday, November 14, 2013 to file a memorandum regarding documents filed under seal by Defendant Federal Deposit Insurance Corporation, as Receiver of Silver State Bank ("FDIC-R").  This motion is unopposed by the FDIC-R and the individual defendants in this matter.[1]  In support of this motion Progressive states as follows:

On October 15, 2013, the FDIC-R filed a Motion for Leave to File Under Seal the FDIC-R's Supplemental Brief Regarding Pending Discovery Motions [DE 109].  That same day, the FDIC-R filed its supplemental brief and exhibits under seal.  On October 18, 2013, the Court entered an order [DE 110] providing until November 1, 2013 for Progressive to file a memorandum complying with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).  Due to an oversight, for which Progressive's counsel apologizes to the Court, this memorandum has not been filed.

On October 25, 2013, the FDIC, as Receiver of Sun West Bank (FDIC-RS), filed in the action captioned *Progressive Casualty Insurance Company v. Delaney, et al.*, No. 2:11-cv-LJR-PAL (D. Nev.), a Motion to Seal Motion to Compel Discovery from Progressive [Sun West, DE 69].  That same day, the FDIC-RS filed its motion to compel and exhibits under seal.  On November 1, 2013, the Court entered an order [Sun West, DE 70] providing until November 14, 2013 for Progressive to file a memorandum complying with the requirements of *Kamakana*.  The documents designated as confidential by Progressive that prompted the FDIC-RS's motion to seal in the Sun West declaratory judgment action are the same documents that prompted the FDIC-R's motion for leave to file under seal in this action.

Progressive respectfully requests that the Court allow it until November 14, 2013 to file a memorandum in this action concerning these documents, at which time Progressive

---

[1] Progressive has been advised by counsel for Defendant Timothy Kirby that Mr. Kirby recently passed away.

- 2 -

also will file a memorandum regarding these documents in the Sun West declaratory judgment action.

Respectfully submitted this 7th day of November, 2013.

        /s/ *Brian E. Holthus*
Brian E. Holthus
Nevada Bar No. 2720
JOLLEY URGA WIRTH WOODBURY
& STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
(p) 702-699-7500
(f) 702-699-7555
beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
(p) 202-778-4060
(f) 202-778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com

*Counsel for Progressive Casualty Insurance Company*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of November, 2013, I caused a copy of the foregoing **Plaintiff Progressive Casualty Insurance Company's Unopposed Motion for Extension of Time to File Memorandum Concerning Documents Filed Under Seal** to be electronically served upon all attorneys of record in this action.

        /s/ Agnes R. Wong
An Employee of
Jolley Urga Wirth Woodbury & Standish

## ORDER

**IT IS SO ORDERED** that Progressive shall have until November 14, 2013 to file a memorandum concerning the documents filed under seal by the FDIC-R on October 15, 2013.

Dated this ___ day of November, 2013.

United States Magistrate Judge