Brian E. Holthus, Esq.
Nevada Bar No. 2720
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone:    (702) 699-7500
Facsimile:    (702) 699-7555
Email:        beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:    (202) 778-4060
Facsimile:    (202) 778-4099
Email:        lloss@ljwllp.com
              mdendinger@ljwllp.com

Attorneys for Progressive Casualty
Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK; COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>Defendants. | Case No. 2: 12-cv-00665-KJD-PAL<br><br>**PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM CONCERNING DOCUMENTS FILED UNDER SEAL**<br><br>(Second Request) |

Now comes Plaintiff Progressive Casualty Insurance Company ("Progressive"), by and through its undersigned counsel, and respectfully requests that the Court grant Progressive a further extension of time until Friday, November 22, 2013 to file a memorandum regarding documents filed under seal by Defendant Federal Deposit Insurance

Corporation, as Receiver of Silver State Bank ("FDIC-R"). This motion is unopposed by the FDIC-R and the individual defendants in this matter.

The Court's order of November 12, 2013 [DE 114] allowed Progressive until today, November 14, 2013, to file a memorandum regarding documents filed under seal by the FDIC-R in this matter on October 15, 2013. Progressive is not in a position today to advise the Court with the level of specificity Progressive feels is necessary and it believes the Court would expect whether these documents appropriately should remain under seal. Key personnel with respect to this issue presently are out of the country on business but will be back in their offices next week. Therefore, Progressive respectfully requests a further extension of time until Friday, November 22, 2013 to advise the Court whether it believes that one or more of the documents the FDIC-R filed under seal properly should remain under seal and, if so, the bases for its determination.

THIS SPACE INTENTIONALLY BLANK

Respectfully submitted this 14th day of November, 2013.

/s/ *Brian E. Holthus*
Brian E. Holthus
Nevada Bar No. 2720
JOLLEY URGA WIRTH WOODBURY
& STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
(p) 702-699-7500
(f) 702-699-7555
beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
(p) 202-778-4060
(f) 202-778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com

*Counsel for Progressive Casualty Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of November, 2013, I caused a copy of the foregoing **Plaintiff Progressive Casualty Insurance Company's Unopposed Motion for Extension of Time to File Memorandum Concerning Documents Filed Under Seal** to be electronically served upon all attorneys of record in this action.

An Employee of Jolley Urga Wirth Woodbury & Standish

## ORDER

**IT IS SO ORDERED** that Progressive shall have until November 22, 2013 to file a memorandum concerning the documents filed under seal by the FDIC-R on October 15, 2013.

Dated this ___ day of November, 2013.

_____
United States Magistrate Judge