Brian E. Holthus, Esq.
Nevada Bar No. 2720
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
Email: beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
Email: lloss@ljwllp.com
mdendinger@ljwllp.com

Attorneys for Progressive Casualty
Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK; COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>Defendants. | Case No. 2: 12-cv-00665-KJD-PAL<br><br>**PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S MEMORANDUM CONCERNING DOCUMENTS FILED UNDER SEAL** |

On October 15, 2013, Defendant Federal Deposit Insurance Corporation, as Receiver of Silver State Bank ("FDIC-R"), filed a Motion for Leave to File Under Seal the FDIC-R's Supplemental Brief Regarding Pending Discovery Motions [DE 109]. That same day, the FDIC-R filed its Supplemental Brief and exhibits under seal. Having carefully considered the documents at issue, Plaintiff Progressive Casualty Insurance Company has determined that it does not believe it is necessary for the Supplemental Brief or exhibits to remain under seal.

Respectfully submitted this 22nd day of November, 2013.

/s/ *Brian E. Holthus*
Brian E. Holthus
Nevada Bar No. 2720
JOLLEY URGA WIRTH WOODBURY
& STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
(p) 702-699-7500
(f) 702-699-7555
beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
(p) 202-778-4060
(f) 202-778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com

*Counsel for Progressive Casualty Insurance Company*

- 3 –

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of November, 2013, I caused a copy of the foregoing **Plaintiff Progressive Casualty Insurance Company's Memorandum Concerning Documents Filed Under Seal** to be electronically served upon all attorneys of record in this action.

*/s/ Agnew R. Wong*
An Employee of Jolley Urga Wirth Woodbury & Standish