UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>                              Defendants. | Case No. 2:12-cv-0665-KJD-PAL<br><br>**ORDER** |

Before the court is Plaintiff Progressive Casualty Insurance Company's Memorandum Regarding Documents Filed Under Seal (Dkt. #120). On October 15, 2013, Defendant Federal Deposit Insurance Corporation, as Receiver of Silver State Bank ("FDIC-R") filed a Motion to Seal the FDIC-R's Supplemental Briefing Regarding Pending Discovery Motions (Dkt. #109) and filed documents attached to the motion under seal because the Plaintiff had designated the documents as confidential pursuant to the court's protective order regarding confidentiality. The court gave Progressive an opportunity to file a memorandum complying with the requirements of *Kamakana v. City and County of Honolulu* 447 F.3d 1172 (9th Cir. 2006), supporting any arguments that the documents should not be filed in the public record. Progressive now responds that it has determined that it is not necessary for the supplemental brief and supporting exhibits, to remain under seal. Accordingly,

**IT IS ORDERED** that:

1. The FDIC-R's Motion to Seal (Dkt. #109) is **DENIED**, and the motion is unsealed.
2. The Clerk of Court shall take the necessary steps to have the document in the public record.

Dated this 9th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge