Brian E. Holthus, Esq.
Nevada Bar No. 2720
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:    (702) 699-7555
Email:         beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:   (202) 778-4060
Facsimile:    (202) 778-4099
Email:         lloss@ljwllp.com
                mdendinger@ljwllp.com

Attorneys for Progressive Casualty
Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK; COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>Defendants. | Case No. 2:12-cv-00665-KJD-PAL<br><br>**PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER OR TO QUASH DEPOSITION NOTICE** |

Now comes Plaintiff Progressive Casualty Insurance Company ("Progressive"), by and through its undersigned counsel, and hereby respectfully moves this Court for an order extending the deadline for Progressive to file a reply brief in support of its Motion for a Protective Order or to Quash Deposition Notice [DE 121] (the "Motion").

Progressive filed its Motion on December 3, 2013. Defendant Federal Deposit Insurance Corporation, as Receive of Silver State Bank ("FDIC-R"), filed its response on December 20, 2013 [DE 124]. Currently, Progressive's reply brief is due to be filed by December 30, 2013. In light of the holidays, Progressive respectfully requests an extension of time until January 6, 2014 to file its reply brief. This relief is unopposed by the FDIC-R.

Respectfully submitted this 20th day of December, 2013.

/s/ *Brian E. Holthus*
Brian E. Holthus
Nevada Bar No. 2720
JOLLEY URGA WIRTH WOODBURY
& STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
(p) 702-699-7500
(f) 702-699-7555
beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
(p) 202-778-4060
(f) 202-778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com

*Counsel for Progressive Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of December, 2013, I caused a copy of the foregoing **Plaintiff Progressive Casualty Insurance Company's Unopposed Motion for Extension of Time to File Reply In Support of Motion for a Protective Order or to Quash Deposition Notice** to be electronically served upon all attorneys of record in this action.

*[signature]*
An Employee of Jolley Urga Wirth
Woodbury & Standish

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

**DATED** this 26th day of December, 2013.

*[signature]*
Peggy A. Leen
United States Magistrate Judge

- 3 -