Brian E. Holthus, Esq.
Nevada Bar No. 2720
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone:    (702) 699-7500
Facsimile:    (702) 699-7555
Email:        beh@juww.com

Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:    (202) 778-4060
Facsimile:    (202) 778-4099
Email:        lloss@ljwllp.com
              mdendinger@ljwllp.com

Attorneys for Progressive Casualty
Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK; COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>    Defendants. | Case No. 2:12-cv-00665-KJD-PAL<br><br>**JOINT STIPULATION REGARDING FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK'S MOTION TO ENFORCE THIS COURT'S DISCOVERY ORDER, AGREED ESI PROTOCOL, AND COMPEL THE PRODUCTION OF DOCUMENTS** |

On February 13, 2014, Defendant Federal Deposit Insurance Corporation, as Receiver of Silver State Bank ("FDIC-R"), filed a Motion to Enforce This Court's Discovery Order, Agreed ESI Protocol, and Compel the Production of Documents (Docket Entry ("DE") 134).

Progressive's response to the motion is due by January 30, 2014, and the FDIC-R's reply brief is due by February 2, 2014. At the request of Progressive and the FDIC-R, the Court scheduled the motion for a hearing on February 3, 2014 at 10:00 a.m. This is immediately following a status conference scheduled for 9:30 a.m. on that same date in the matter captioned *Progressive Casualty Insurance Company v. Delaney, et al.*, No. 2:11-cv-00678-LRH-PAL (D. Nev.) ("Sun West").

Contemporaneously herewith, Progressive and the FDIC as Receiver for Sun West Bank ("FDIC-SW") are filing a Joint Status Report Regarding ESI in which they request that the Court continue the status conference in the Sun West action until February 24 or 25, 2014 or as soon thereafter as is convenient for the Court. Therefore, Progressive and the FDIC-R respectfully request that the Court continue the hearing on the FDIC-R's motion to the same date as the status conference in Sun West and to a time immediately following that conference, assuming, of course, that the Court is amenable to the continuance Progressive and the FDIC-SW request in Sun West.

Assuming the hearing on the FDIC-R's motion is continued, Progressive and the FDIC-R further stipulate and agree that the FDIC-R's reply in support of its motion will be due by February 10, 2014 pursuant to the Federal Rules of Civil Procedure and Local Rule 7-2(c). The other parties to this action do not object the continuance of the hearing on the FDIC-R's motion or to the extension of time for the FDIC-R to file a reply in support of its motion.

Respectfully submitted this 29th day of January, 2014 by

| | |
|---|---|
| /s/ Brian E. Holthus | /s/ Anthony W. Kirkwood |
| Brian E. Holthus | Stanley W. Parry |
| Jolley Urga Wirth Woodbury & Standish | Ballard Spahr, LLP |
| 3800 Howard Hughes Parkway, 16th Floor | 100 N. City Parkway, Suite 1750 |
| Las Vegas, NV 89169 | Las Vegas, NV 89106 |
| | |
| Lewis K. Loss | David Mullin |
| Matthew J. Dendinger | Anthony W. Kirkwood |
| Loss, Judge & Ward, LLP | Mullin Hoard & Brown, LLP |
| 1133 21st St., NW, Suite 450 | 500 South Taylor, Suite 800 |
| Washington, DC 20036 | Amarillo, TX 79101 |
| | |
| *Counsel for Progressive Casualty Insurance Company* | *Counsel for FDIC, as Receiver of Silver State Bank* |

**IT IS SO ORDERED**

**IT IS FURTHER ORDERED** that the hearing is rescheduled for February 25, 2014, at 11:00 a.m., in Courtroom 3B.

Dated: January 29, 2014

**United States Magistrate Judge**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 29th day of January, 2014, I caused a copy of the foregoing Joint Stipulation Regarding Federal Deposit Insurance Corporation as Receiver of Silver State Bank's Motion to Enforce This Court's Discovery Order, Agreed ESI Protocol, and Compel the Production of Documents to be electronically served upon all attorneys of record in this action.