1 | Brian E. Holthus, Esq.
Nevada Bar No. 2720
2 | JOLLEY URGA WIRTH
WOODBURY & STANDISH
3 | 3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
4 | Telephone:    (702) 699-7500
Facsimile:     (702) 699-7555
5 | Email:         beh@juww.com

6 | Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
7 | LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
8 | 1133 21st Street, NW, Suite 450
Washington, DC 20036
9 | Telephone:    (202) 778-4060
Facsimile:     (202) 778-4099
10 | Email:         lloss@ljwllp.com
              mdendinger@ljwllp.com

Attorneys for Progressive Casualty
Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK; COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>Defendants. | Case No. 2:12-cv-00665-KJD-PAL<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVERY AND RELATED DEADLINES**<br><br>Fourth Request |

Now comes Plaintiff Progressive Casualty Insurance Company ("Progressive") and Defendants Federal Deposit Insurance Corporation, as Receiver of Silver State Bank ("FDIC-R"), Corey L. Johnson, Douglas E. French, and Gary A. Gardner (collectively the "Ds & Os"), by and through their undersigned counsel, and respectfully request that this Court enter an order extending the time for the parties to conduct discovery in this matter, along with related deadlines.[1] In support of this request, the parties state as follows:

## I. Background

This is an insurance coverage action arising out of a claim that the FDIC-R has brought against the Ds & Os (the "FDIC-R Action").[2] On April 20, 2012, Progressive filed its complaint in the captioned action. Progressive seeks a declaration that a directors and officers insurance policy (the "Progressive Policy" or the "Policy") it issued to Silver State Bank ("SSB" or the "Bank") provides no coverage for the FDIC-R Action.[3]

On August 31, 2012, Progressive and the Ds & Os submitted a Supplemental Joint Submission Regarding Discovery Plan and Scheduling Order [Doc. 66]. That same day, the FDIC-R submitted a Supplemental Submission Regarding Discovery Plan and Scheduling [Doc. 65]. On September 18, 2012, the Court entered an Order [Doc. 71] addressing the parties' supplemental scheduling submissions (the "Scheduling Order"). On November 12, 2012, the parties filed a Joint Stipulation and Order to Extend Time for Discovery and Related Deadlines [Doc. 74], which the Court entered on November 19, 2012 [Doc. 75] (the "Amended Scheduling Order"). On May 15, 2013, the parties filed a Second Joint Stipulation and Order to Extend Time for Discovery and

---

[1] Mr. Kirby, who remains a named defendant in this action, is deceased.

[2] The FDIC-R Action is *Federal Deposit Insurance Corporation, as Receiver of Silver State Bank v. Johnson, et al.*, No. 2:12-cv-00209-KJD-PAL (D. Nev.).

[3] The Progressive Policy is Directors & Officers / Company Liability Insurance Policy for Financial Institutions No. 0007849-04, which Progressive issued to the Bank and other Named Insureds for the Policy Period from May 21, 2007 to May 21, 2010.

Related Deadlines [Doc. 92], which the Court entered on May 17, 2013 [Doc. 93]. On September 13, 2013, the parties filed a Third Joint Stipulation and Order to Extend Time for Discovery and Related Deadlines [Doc. 103]. On November 5, 2013, the Court entered the current scheduling order [Doc. 113].

**II.     Future Discovery and Requested Extension**

The parties respectfully refer the Court to their Third Joint Interim Status Report [Doc. 128] (the "Third Report"), which they filed on January 3, 2014, and the recitation therein of the case status, discovery to date, and anticipated future discovery. Subsequent to filing the Third Report, and pursuant to this Court's order in the action captioned *Progressive Casualty Insurance Company v. Delaney, et al.*, No. 2:11-cv-00678-LRH-PAL ("Sun West"), representatives of Progressive, the FDIC-R, and the FDIC as Receiver for other failed banks participated in a meeting on January 24, 2014 to discuss Progressive's review and production of electronically stored information ("ESI") in connection with the pending declaratory judgment actions, including this matter. Shortly thereafter, on January 29, 2014, Progressive and the FDIC as Receiver for Sun West Bank filed in the Sun West action a Joint Status Report Regarding ESI. For the Court's convenience a copy of this report is included herewith as Exhibit A.

On February 7, 2014, representatives of Progressive, the FDIC-R, and the FDIC as Receiver for other failed banks participated in a telephone conference to further discuss issues raised during the January 24 meeting and a subsequent, January 28, 2014, letter authored by Dickstein Shapiro, counsel for the FDIC in many of the pending declaratory judgment actions, including Sun West. The parties anticipate further discussions regarding ESI in advance of the status conference scheduled in the Sun West action on February 25, 2014.

In light of the discovery that remains to be completed in this matter, including the production and review of ESI and the depositions referenced by the parties in their Third Report, the

parties respectfully stipulate to the following extension of the current deadlines in this matter and respectfully request that the Court enter an order to this effect:

| Item | Current Deadline | Extended Deadline |
|---|---|---|
| Fourth Interim Status Report | N/A | April 3, 2014 |
| Discovery Deadline | March 3, 2014 | June 2, 2014 |
| Dispositive Motions | April 2, 2014 | July 2, 2014 |
| Joint Pre-Trial Order | May 2, 2014 | August 1, 2014 |

### III.  Conclusion

For the reasons stated above, the parties respectfully request that this Court enter an order extending the deadlines as set forth herein.

THIS SPACE INTENTIONALLY BLANK

Respectfully submitted this 10th day of February, 2014.

/s/ Brian E. Holthus
Brian E. Holthus
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, NV 89169

Lewis K. Loss
Matthew J. Dendinger
Loss, Judge & Ward, LLP
1133 21st St., NW, Suite 450
Washington, DC 20036

*Counsel for Progressive Casualty Insurance Company*

/s/ Jessica K. Peterson  (with permission)
John R. McMillan
Jessica K. Peterson
Flangas McMillan Law Group
3275 S. Jones Boulevard, Suite 105
Las Vegas, NV 89146

*Counsel for Corey L. Johnson*

/s/ Grace E. Rebling (with permission)
Grace E. Rebling
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012

Martha J. Ashcraft
Law Offices of Martha J. Ashcraft
7251 West Lake Mead Blvd., Suite 300
Las Vegas, NV 89128

*Counsel for Timothy S. Kirby*

/s/ Anthony W. Kirkwood (with permission)
Stanley W. Parry
Ballard Spahr, LLP
100 N. City Parkway, Suite 1750
Las Vegas, NV 89106

David Mullin
Anthony W. Kirkwood
Mullin Hoard & Brown, LLP
500 South Taylor, Suite 800
Amarillo, TX 79101

*Counsel for the FDIC, as Receiver of Silver State Bank*

/s/ Eric E. Reed (with permission)
Brett A. Axelrod
Fox Rothschild LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

Patrick J. Egan
Eric E. Reed
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

*Counsel for Douglas E. French*

/s/ Allen D. Emmel (with permission)
Allen D. Emmel
Emmel & Klegerman PC
5586 S. Fort Apache, Suite 110
Las Vegas, NV 89148

*Counsel for Gary A. Gardner*

**IT IS SO ORDERED**

Dated this \_\_\_\_\_ day of _____, 2014

_____
**United States Magistrate Judge**